736

No. 653. SCOTT v. CORN. March 17, 1930. Petition for writ of certiorari to the Court of Civil Appeals, Second Supreme Judicial District, of Texas, denied. *Mr. Sam R. Sayers* for petitioner. No appearance for respondent.

No. 661. UNITED STATES EX REL. DERENCZ v. MARTIN, WARDEN; and

No. 662. DERENCZ v. UNITED STATES. March 17, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. Palmer Ingram* for Derencz. *Attorney General Mitchell, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *Mahlon D. Kiefer* for the United States and Martin.

No. 666. BOARD OF COUNTY COMMISSIONERS, COUNTY OF GARVIN, OKLAHOMA, ET AL. v. DENNIS, ET AL. March 17, 1930. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Cicero I. Murray* for petitioners. No appearance for respondents.

No. 668. SPENCER v. CHICAGO & NORTH WESTERN RY. Co. March 17, 1930. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Richard J. Finn* for petitioner. *Messrs. Ray N. Van Doren* and *Samuel H. Cady* for respondent.

No. 676. AMERICAN CAN Co. v. BOWERS, COLLECTOR OF INTERNAL REVENUE;

No. 677. MISSOURI CAN Co. v. SAME;

No. 678. AMERICAN CAN Co. v. SAME; and